IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BMO HARRIS BANK N.A.,

    Plaintiff,

v.                                                                                              No. 2:20-cv-822 CG/KRS

Z.H. SERVICES INC., et al.,

    Defendants.

**ORDER GRANTING MOTION TO EXTEND TIME TO COMPLETE SERVICE**

**THIS MATTER** is before the Court on Plaintiff's Motion for Extension of Time to Serve Defendants, Doc. 3. Having considered the Motion and record of the case, the Court finds good cause for granting the Motion. Accordingly, Plaintiff is granted an extension of time to **December 14, 2020** in which to complete service on Defendants.

    **IT IS SO ORDERED.**

_____
KEVIN R. SWEAZEA
UNITED STAGES MAGISTRATE JUDGE