**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

BMO HARRIS BANK N.A.,

    Plaintiff,

v.   No. 2:20-cv-822 CG/KRS

Z.H. SERVICES INC., et al.,

    Defendants.

### ORDER GRANTING MOTION FOR ALTERNATIVE SERVICE

THIS MATTER having been presented on Motion by Wong Fleming, attorneys for Plaintiff BMO Harris Bank N.A. ("BHB" or "Plaintiff"), for the entry of an order granting Plaintiff's motion for alternative service or, in the alternative, extending time to serve Defendants Z. H. Services Incorporated and Ezequiel Hernandez, and the Court having read and considered the papers presented, including the Declaration of James K. Haney and brief filed in support hereof; and for good cause shown:

IT IS ORDERED that Plaintiff may effectuate service upon Defendant Z. H. Services, Incorporated and Ezequiel Hernandez ("Defendants") by posting notice of this action at Defendants' last known addresses located at 1901 Quail Gambel Court, Carlsbad, NM 88220, and by mailing notice of this action to Defendants via first-class mail to the address listed above;

IT IS FURTHER ORDERED that Plaintiff is granted an additional thirty (30) days to effectuate service and Plaintiff shall serve a copy of this Order upon Defendants contemporaneously with service of the Summons and Complaint.

**IT IS SO ORDERED.**

_____
KEVIN R. SWEAZEA
UNITED STAGES MAGISTRATE JUDGE