IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BMO HARRIS BANK N.A.,

      Plaintiff,

v.                                                     No. 2:20-cv-822 DHU/KRS

Z.H. SERVICES, INCORPORATED,
and EZEQUIEL HERNANDEZ,

      Defendants.

## ORDER TO NOTIFY COURT REGARDING STATUS OF BANKRUPTCY PROCEEDINGS

THIS MATTER is before the Court upon review of the record. Plaintiff alleges breach of contract claims against Defendants for failure to pay amounts owed to Plaintiff pursuant to two Loan and Security Agreements. (Doc. 1). On January 28, 2021, Plaintiff filed a Suggestion of Bankruptcy as to Defendant Z.H. Services, Incorporated, (Doc. 9), stating that Defendant Z.H. Services filed a Chapter 7 Bankruptcy petition in the United States Bankruptcy Court on January 26, 2020, under case number 21-10072-t7. (Doc. 9). After obtaining multiple extensions to serve Defendants, Plaintiff filed a Motion for Default Judgment against Defendant Hernandez. *See* (Doc. 14). The presiding judge granted the Motion for Default Judgment and entered a final judgment as to Defendant Hernandez on March 30, 2022. (Docs. 24, 25). Plaintiff's claims against Defendant Z.H. Services remain pending.

IT IS THEREFORE ORDERED that Plaintiff shall file a Status Report by **June 3, 2022** notifying the Court of the status of the bankruptcy proceeding.

IT IS SO ORDERED.

                                                                         _____
                                                                         KEVIN R. SWEAZEA
                                                                         UNITED STAGES MAGISTRATE JUDGE